# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| BUDHAGIRL, LLC | § |
| | § |
| v. | § CIVIL ACTION NO. 3:24-CV-2077-S-BN |
| | § |
| YIWUSHIJULIMAOYIYOUXIANGONGSI | § |
| and RAN SHAOXIONG | § |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff's Motion for Default Judgment, and in the Alternative, Motion to Serve Defendants by Non-Prohibited Means [ECF No. 8] is **DENIED**.

It is **ORDERED** that Plaintiff shall immediately commence efforts to serve Defendants under the Hague Convention, in accordance with Federal Rule of Civil Procedure 4(f)(1), and must accomplish service within 16 weeks of the date of this Order. It is further **ORDERED** that Plaintiff shall file a status update within ninety days of this Order, informing the Court of its progress and any anticipated delays. In the event that Plaintiff is not able to serve Defendants within the designated timeframe, Plaintiff shall submit evidence to the Court explaining the delay and establishing good cause for granting additional time to complete service. If Plaintiff fails to comply with this Order, the Court will dismiss Plaintiff's claims without prejudice.

**SO ORDERED.**

SIGNED June 9, 2025.

_____
UNITED STATES DISTRICT JUDGE